IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JESSE VAN MYERS § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> MICHAEL JOHANNS, Secretary § <br> United States Department of Agriculture, § <br> ET AL. § <br> § <br> Defendants. § | NO. 3-06-CV-2060-K |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Plaintiff's Response in Opposition to the Recommendation of U.S. Magistrate Judge Kaplan (construed as Objections to the Findings Conclusions and Recommendation of the U.S. Magistrate Judge), filed on January 22, 2007, are **OVERRULED**.

SO ORDERED.

Signed this 24th day of January, 2007.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE